United States District Court
Middle District of North Carolina
John S. Brubaker, Clerk of Court
324 West Market Street, Suite 401
Greensboro, NC 27401
336 332-6000



Mr. Chris Walters, )
Aka Special Defenders UNHCHR )
Plaintiff Pro Se/Amicus Curiea )
)
Vs ) Civil: 1:09CV309
)
US Senator Herb Kohl )
US Congressman John Tanner )
      Defendants/Respondents

## Complaint

Now Comes the Plaintiff Chris Walters aka Special Defenders UNHCHR to the United States District Court for the Middle District of North Carolina in this action at law to wit:

### Jurisdictional Statement

Jurisdictional Statement: The Court Jurisdictional is found under Title 28 USC 97 <u>Jurisdictional Immunities of Foreign States</u>: Title 28 <u>USC § 1330. Actions against foreign states</u> and Title 28 USC 1251 (b)(1) <u>Original Jurisdiction</u> of US Supreme Court and Title 18 USC 402 <u>Contempt</u>.

### Cause of Action

<u>Exhibit A</u>: The Social Security Administration has petitioned Chris Walters a Special Defender (UNHCHR) under the 1503 Treaty for 11 years for permission to amend the key provisions of Title 42 USC Chapter 7 <u>Social Security</u>; allocated to Genocide and Crimes Against Humanity and continues to violate the no contact ORDER of 2 US Circuit Court of Appeals and several US District Courts; existing Congressional and "Diplomatic Immunity".

### Relief Sought

The Court and Defendants are asked to consider the merits of placing portions of the Social Security Administration and US Department of HUD into custody of a "Special Master"; consider imposing sanctions for violation of "<u>Diplomatic and Congressional Immunity</u>" and other matters as explained more fully in the attached <u>Memorandum of Law In Support Of Complaint</u>.

Respectfully Submitted By
Chris Walters, Prevailing Counsel Before Congress
305 W Lee Street
Greensboro, NC 27401
Message 336-271-5959 Ext 347

*/s/ Chris Walters*
April 27, 09